UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED

SEP 1 4 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

*Charles D Turner*

*08152-028*

_____

_____

_____

*(Enter above the full name of the plaintiff
or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. *5:11-0620*

*(Number to be assigned by Court)*

*Beckley F.C.I, Beaver WV, 25813
Joel Ziglar - Worden
And Food Service*

_____

*(Enter above the full name of the defendant
or defendants in this action)*

**COMPLAINT**

I.   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

Yes _____        No __X__

1

B.     If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

*None*

1.     Parties to this previous lawsuit:

Plaintiffs:     _____

_____

_____

Defendants:     _____

_____

_____

2.     Court (if federal court, name the district; if state court, name the county);

_____

_____

3.     Docket Number: _____

4.     Name of judge to whom case was assigned:

_____

5.     Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

6.     Approximate date of filing lawsuit: _____

7.     Approximate date of disposition: _____

2

II.   **Place of Present Confinement:** _Beckley FCI W ing_

    A.   Is there a prisoner grievance procedure in this institution?

                    Yes   X      No _____

    B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                    Yes _____      No   X

    C.   If you answer is YES:

        1.   What steps did you take? _Judge Jones Abby W ing Advised Mr Zigler_

        2.   What was the result? _to have A Diabetic Diet iN Beckley With in 30 day_

    D.   If your answer is NO, explain why not: _that was 3 MouNths ago_

III.   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

    A.   Name of Plaintiff: _Charles D Turner 08752028_

        Address: _Federal Correction Inst. Beckley Po Beaver WV, 350 25813_

    B.   Additional Plaintiff(s) and Address(es): _____

        _____

        _____

        _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant: _Charles D Turner_

is employed as: _ORderly - OAK - A2ppe__

at _Beckley, WV Virginia, 25813_

D.    Additional defendants: _Mr Drull inMale_
_Also, Insulant Dependent_
_Who Heard Judge Junes_
_tell Woorden to have Diabetic Diet_
_Within thirty days_

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

_American Diabetic Association_
_Plainly States that All_
_Diabetics, Should and will_
_have a Diabetic Diet_
_Wether in State or Federal_
_Coustedy, thats the Law_

4

**IV.    Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.     Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.

Either get Diabetic

Diet, At Beckley or

Move All Diabetics to

A place, Where they Can

Receive Proper Diet.

**V.    Relief (continued)):**

_there Are ApproxeMitely 35 to 40 Insilant Dependont Diabetics Here At Beckley_

**VII.   Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_None_

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No ✗

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: _this is Self explanitory Black & White_

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ✗

If so, state the lawyer's name and address:

_____

_____

Signed this _18_ day of _September_, 20_11_.

_Charles D. Turner_

_____

_____

_____

Signature of Plaintiff or Plaintiffs


I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9 - 18 - 2011___.

(Date)


_Charles D. Turner_

Signature of Movant/Plaintiff


_____

Signature of Attorney
(if any)

"Need- Help"

Dear Sir;
Enclosed you will Find
3 Coppies,
2 will be 71 years old
11, 30, 2011,
2 Been down Sinse Decem-
ber 23, 08, here At Beckley
No teeth, they give me
A Apple, Every-other Day
Make you throogh it Away
When you Come out the chow



Charles D Turner 08152028
Federal Correction Institution
Beckley P.O. Box 350
Beaver, Virginia 25813

CLERK'S OFFICE
UNITED States District Court
Sothern District Of West Virginia
Robert C. Byrd U.S. CourtHouse
300 Virginia Street East, Room 2400